UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AARON LIEBELT

CASE NO. C09-05867 JW

Plaintiff(s),

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

v.

QUALITY LOAN SERVICE CORPORATION;
EMC MORTGAGE CORPORATION, et al.

Defendant(s).

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- [X] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R . 3-5)*

**Private Process:**
- [ ] Private ADR *(please identify process and provider)* _____


The parties agree to hold the ADR session by:
- [X] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*
- [ ] other requested deadline _____

Dated: MARCH 9, 2010

/s/ Glenn L. Moss
Attorney for Plaintiff
AARON LIEBELT

Dated: MARCH 9, 2010

/s/ S. Christopher Yoo
Attorney for Defendant
EMC MORTGAGE CORP.; JPMORGAN & WELLS FARGO

Dated: MARCH 9, 2010

/s/ Renee Reyes De Golier
Attorney for Defendant, Quality Loan Service Corp.

NDC-ADR6

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

- [ ] Non-binding Arbitration
- [ ] Early Neutral Evaluation (ENE)
- [X] Mediation
- [ ] Private ADR

Deadline for ADR session
- [X] 90 days from the date of this order.
- [ ] other _____

IT IS SO ORDERED.

Dated: __March 29, 2010__

_____
UNITED STATES DISTRICT JUDGE

*/s/ James Ware*

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF ORANGE

*Aaron Liebelt v. Quality Loan Service Corporation, et al.*
U.S.D.C. Northern – San Jose Case No.: 5:09-cv-05867-JW

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

On March 9, 2010, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** on the interested parties in this action.

☒ by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707. The envelope was deposited with delivery fees thereon fully prepaid.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 9, 2010, at Santa Ana, California.

*/s/ Vicki Warren*
Vicki Warren

---

PROOF OF SERVICE

1108045.1

## SERVICE LIST
*Aaron Liebelt v. Quality Loan Service Corporation, et al.*
U.S.D.C. Northern – San Jose Case No.: 5:09-cv-05867-JW

| | |
|---|---|
| Glenn L. Moss, Esq.<br>Ann Murphy, Esq.<br>Moss & Murphy<br>1297 B Street<br>Hayward, CA 94541 | 510.583.1155 – telephone<br>510.583.1299 – facsimile<br><br>Attorney for Plaintiff |
| Matthew E. Podmenik, Esq.<br>McCarthy & Holthus LLP<br>1770 4th Ave<br>San Diego, CA 92101 | (619) 685-4800 – telephone<br>(619) 685-4811 - facsimile<br><br>Attorney for Defendant Quality Loan Service Corporation |

PROOF OF SERVICE

1108045.1