1   Glenn L. Moss (State Bar No. 44307)
2   Ann Murphy (State Bar No. 66947)
    MOSS and MURPHY
3   1297 B Street
    Hayward, CA 94541
4
    Tel 510-583-1155
5   Fax 510-583-1299

6   Edward O. Lee [State Bar No. 71623]
    152 Anza Street, Suite 101
7   Fremont, CA 94539

8   Tel 510-651-0175
    Fax 510-659-7969
9

10  Attorneys for Plaintiff
    AARON LIEBELT
11

12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15  AARON LIEBELT,

16       Plaintiff            NO.C09-05867 LHK
                              [proposed] ORDER
17  vs.                       CONTINUING HEARING ON
                              MOTION TO DISMISS
18  QUALITY LOAN SERVICE
    CORPORATION, EMC MORTGAGE    OLD DATE: DEC 2 2010
19  CORPORATION, individually   NEW DATE: FEB 10, 2011
    and as JPMORGAN CHASE &     TIME:  1:30 P.M
20  CO., WELLS FARGO BANK,      COURTROOM 4 (SAN JOSE)
    NATIONAL ASSOCIATION AS TRUSTEE
21  FOR THE CERTIFICATEHOLDERS OF
    STRUCTURED ASSET MORTGAGE
22  INVESTMENTS II INC. BEAR
    STEARNS MORTGAGE FUNDING TRUST
23  2007-AR4 MORTGAGE PASS THROUGH
    CERTIFICATES, SERIES 2007-AR4,
24  DOES 1 THROUGH 25.

25       Defendants
26  _____/

27

28

ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155

The Court approves of the Stipulation Continuing
the hearing on the Motion to Dismiss.  The new hearing
date is February 10, 2011 at 1:30 p.m.  If the case fails
to settle at this time, the Opposition brief is due on or
before January 14, 2011.  Defendants may file a reply
brief by January 28, 2011.

Dated: November 22, 2010
_____

Lucy Koh, US District
Judge

x/liebelt.stp.4

ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155

-4-