1  Glenn L. Moss (State Bar No. 44307)
   Ann Murphy (State Bar No. 66947)
2  MOSS and MURPHY
   1297 B Street
3  Hayward, CA 94541

4  Tel 510-583-1155
   Fax 510-583-1299
5  Attorneys for Plaintiff
   AARON LIEBELT

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 AARON LIEBELT,

12       Plaintiff                    NO. C09-05867 LHK

13 vs.                                EX PARTE MOTION FOR ENTRY
                                      OF JUDGMENT IN FAVOR OF
14 QUALITY LOAN SERVICE               QUALITY LOAN SERVICE CO.
   CORPORATION, EMC MORTGAGE          AND AGAINST AARON LIEBELT
15 CORPORATION, individually          WITH POINTS AND
   and as JPMORGAN CHASE &            AUTHORITIES AND PROPOSED
16 CO., WELLS FARGO BANK,                      JUDGMENT
   NATIONAL ASSOCIATION AS TRUSTEE
17 FOR THE CERTIFICATEHOLDERS OF
   STRUCTURED ASSET MORTGAGE
18 INVESTMENTS II INC. BEAR
   STEARNS MORTGAGE FUNDING TRUST
19 2007-AR4 MORTGAGE PASS THROUGH
   CERTIFICATES, SERIES 2007-AR4,
20 DOES 1 THROUGH 25.

21       Defendants
   _____/

22       PLEASE TAKE NOTICE THAT plaintiff, Aaron Liebelt,

23 respectfully requests that the Court enter Judgment in

24 favor of Quality Loan Service Corporation and against

25 Aaron Liebelt. A copy of the proposed Judgment is

26 attached to this <u>ex parte</u> motion.

27       This motion is made pursuant to the Corrected

28 Order Dismissing Federal Claims With Prejudice and

-1-

Remanding Remaining State Claims which was signed by the Court on February 24, 2011. This Order dismissed with prejudice the only claim against Quality Loan Service Corporation. This is the claim based on a claimed violation of the Federal Fair Debt Collection Practices Act [FDCPA, 15 USC §1692]. Thus, Quality Loan Serivce Corporation will not be involved in the state court proceedings.

     Until a Judgment is entered by this Court, plaintiff is precluded from appealing the decision to deny the FDCPA claim. The proposed Judgment permits plaintiff to immmediately appeal the claim against Quality Loan Service Corporation, while leaving undisturbed the claims against the other defendants. The proposed Judgment has been submitted to all counsel for their comments. We have received no comments.

     This *ex parte* motion is supported by the points and authorities which immediately follow this Notice.

DATED: March 17, 2011.     MOSS & MURPHY

By /s/ Glen L Moss
    Glen L Moss

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541.
(510) 583-1155

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE MOTION FOR JUDGMENT AGAINST QUALITY LOAN SERVICE CORPORATION**

The Corrected Order issued by the Court on February 24, 2011 disposed of all the claims against Quality Loan Service Corporation [Quality]. Essentially, the Court rendered a judgment on the pleadings in favor of Quality and against Aaron Liebelt [Liebelt]. Liebelt acknowledges that Quality characterized its pleadings as a motion under FRCP 12(b)(6) instead of a motion under FRCP 12(c). However, these two motions are virtually indistinguishable and are interchangeable. The same standards applies to both motions [Johnwon v. Rowley (2d Cir 2009) 569 Fed 3d 40,43-44; Ross v. US Bank Nat'l Assn (N.D.Cal 2008) 542 Fed Supp 2d 1014, 1023, citing Schwarzer et al Federal Civil Proc Before Trial ¶9:319, p 9-105 (Rutter Group 2010 supp)].

In the instant case, Quality prevailed on all claims and is now out of the case. Thus, a Judgment should be entered to allow Liebelt the opportunity to appeal. In contrast, the remaining defendants are still in the case and are actively litigating in state court. Thus, it is appropriate to enter a Judgment pursuant to FRCP Rule 54(b). In fact, this is the precise situation for which FRCP 54(b) was designed.

In particular, the claims against Quality were dismissed in this Court. Thus, the appeal should be to the Ninth Circuit. Since Quality is only one of many defendants, a partial judgment under FRCP 54(b) is

-3-

1  required [Schwarzer et al, <u>supra</u> ¶9:320 et seq, p 9-105,
2  9-106]
3      Immediate review is particularly appropriate in
4  this case. The applicability of the FDCPA to non-
5  judicial trustee sales in California has never been
6  decided by the Ninth Circuit. However, every Circuit
7  Court of Appeals to consider the issue has concluded that
8  the foreclosing trustees ARE subject to the FDCPA. This
9  fact was acknowledged by Judge Ware in footnote 5 of his
10 initial decision in favor of Quality. Liebelt submits
11 this indicates that a serious appellate issue exists that
12 deserves immediate consideration by the Ninth Circuit.
13 DATED: March 17, 2011.            MOSS & MURPHY
14
                              By_____
15                                  Glen L. Moss
16 x/liebelt.cmc

-4-

## PROOF OF SERVICE BY MAIL

Liebelt v. Quality Loan Service et al

I declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1297 B Street, Hayward, California, 94541. On March 17, 2011, I served the within:

EX PARTE MOTION FOR ENTRY OF JUDGMENT IN FAVOR OF QUALITY LOAN SERVICE CO. AND AGAINST AARON LIEBELT AND proposed JUDGMENT IN FAVOR OF QUALITY LOAN SERVICE AND ORDER PERMITTING IMMEDIATE APPEAL PER FRCP 54(b)

On the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Hayward, California, addressed as follows:

Renee De Golier
McCarthy & Holthus
1770 Fourth Ave
San Diego, CA 92101
E[and by CM/ECF]

Christopher Yoo
Adorno Yoss Alvarado & Smith
1 MacArthur Place #200
Santa Ana, CA 92707
E[and by CM/ECF

Chambers Copy: Hon. Lucy H. Koh
280 S. First Street # 2112
San Jose, CA 95113

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 17, 2011 at Hayward, California.

_____
Glen L. Moss

m/liebelt.pos

-1-

```
Glenn L. Moss (State Bar No. 44307)
Ann Murphy (State Bar No. 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541

Tel 510-583-1155
Fax 510-583-1299

Attorneys for Plaintiff
AARON LIEBELT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LIEBELT,<br><br>    Plaintiff<br><br>vs.<br><br>QUALITY LOAN SERVICE CORPORATION, EMC MORTGAGE CORPORATION, individually and as JPMORGAN CHASE & CO., WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS MORTGAGE FUNDING TRUST 2007-AR4 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2007-AR4, DOES 1 THROUGH 25.<br><br>    Defendants | NO. C09-05867 LHK<br><br>[proposed]<br>**JUDGMENT IN FAVOR OF QUALITY LOAN SERVICE AND ORDER PERMITTING IMMEDIATE APPEAL PER FRCP 54(b)** |

1   For good cause, the Court finds:

2   1. Aaron Liebelt filed a Complaint and First
3   Amended Complaint which alleged that Quality Loan Service
4   Corporation breached its obligations under the Federal
5   Fair Debt Collection Practices Act [FDCPA, 15 USC §1692].
6   This was the only cause of action alleged against Quality
7   Loan Service.

8   2. On February 8, 2011, the Honorable Lucy H.
9   Koh, Judge, issued a decision affirming the dismissal
10  with prejudice of the claim that Quality Loan Service
11  Corporation was subject to the FDCPA and breached its
12  obligations under this statute. The claims against the
13  remaining defendants were remanded to the Superior Court
14  of California for Santa Clara County. This Order was
15  restated in a Corrected Order Dismissing Federal Claims
16  With Prejudice and Remainding Remaining Claims to State
17  Court. This Corrected Order was filed as Document 71 on
18  February 24, 2011.

19  3. The FDCPA claim against Quality Loan Service
20  Corporation is not raised against the remaining
21  defendants. Moreover, it is a pure question of law
22  whether Quality Loan Service is subject to the FDCPA for
23  conduct foreclosing on single family homes through the
24  non-judicial trustee sale procedures in California law.
25  Also, this claim is separate and distinct from the claims
26  raised against the other defendants. In addition, there
27  is a substantial split of trial court opinions in the
28  Northern District of California regarding the duties of

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155

non-judicial foreclosing trustees to comply with the FDCPA.

    4. Thus, this is a suitable case for issuance of a separate Judgment pursuant to the Federal Rules of Civil Procedure 54(b). Plaintiff shall have a right to immediately appeal this separate Judgment to the Ninth Circuit Court of Appeals. This will afford the Ninth Circuit Court of Appeals the opportunity to determine whether non judicial foreclosing trustees such as Quality Loan Service Corporation must comply with the FDCPA.

    based on the foregoing findings:

    IT IS HEREBY ORDERED that a Judgment of Dismissal with prejudice be issued forthwith in favor of Quality Loan Service Corporation and against Aaron Liebelt. Each party will bear its/his own costs and attorney fees. Aaron Liebelt may immediately appeal this Judgment pursuant to FRCP 54(b) to the Ninth Circuit Court of Appeals.

    Dated:

x/liebelt.jud

                    Lucy H. Koh, US District Judge

MOSS & MURPHY
ATTORNEYS AT LAW
1297 B STREET
HAYWARD, CALIFORNIA 94541
(510) 583-1155

## PROOF OF SERVICE BY MAIL

**Liebelt v. Quality Loan Service et al**

I declare that:

I am employed in the County of Alameda, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1297 B Street, Hayward, California, 94541. On March 8, 2011, I served the within:

    proposed JUDGMENT IN FAVOR OF QUALITY LOAN SERVICE AND ORDER PERMITTING IMMEDIATE APPEAL PER FRCP 54(b)

On the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Hayward, California, addressed as follows:

Renee De Golier
McCarthy & Holthus
1770 Fourth Ave
San Diego, CA 92101
[and by CM/ECF]

Christopher Yoo
Adorno Yoss Alvarado & Smith
1 MacArthur Place #200
Santa Ana, CA 92707
[and by CM/ECF

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 8, 2011 at Hayward, California.

_____
Glen L. Moss

m/liebelt.pos

-1-