```
Glen L. Moss ( I.D. 44307)
Ann Murphy (ID 66947)
MOSS and MURPHY
1297 B Street
Hayward, CA 94541
TEL: 510-583-1155
FAX: 510-583-1299

Attorneys for Plaintiff
AARON LIEBELT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LIEBELT,            )<br>                          )<br>     Plaintiff,           )<br>                          )<br>vs.                       )<br>                          )<br>QUALITY LOAN SERVICE CORPORA- )<br>TION, EMC MORTGAGE CORPORA-  )<br>TION, individually and as JPMORGAN )<br>CHASE & CO., WELLS FARGO BANK, )<br>NATIONAL ASSOCIATION AS TRUSTEE )<br>FOR THE CERTIFICATEHOLDERS OF )<br>STRUCTURED ASSET MORTGAGE    )<br>INVESTMENTS II INC., BEAR STEARNS )<br>MORTGAGE FUNDING TRUST 2007- )<br>AR4 MORTGAGE PASS THROUGH   )<br>CERTIFICATES, SERIES 2007-AR4, and )<br>DOES 1 THROUGH 25,        )<br>                          )<br>     Defendants.          )<br>_____) | Case No. C09-05867 JW ~~JW~~ LHK |

**ORDER APPROVING WITHDRAWAL OF ASSOCIATED COUNSEL FOR PLAINTIFF**

The Court, having reviewed the Notice of Associated Counsel For Plaintiff of Intent to Withdraw, and noting the written consent of plaintiff and remaining counsel for plaintiff on that document, and having reviewed the Certificate of Service by Mail dated April 7, 2011 showing service of said Notice to all parties in the case, including plaintiff himself, and a reasonable time having transpired since the date of mailing of the Certificate of Service by Mail, and no person having objected to the proposed withdrawal as of the date of this order,

ORDER APPROVING WITHDRAWAL OF ASSOCIATED COUNSEL FOR PLAINTIFF, P. 1

1      IT IS HEREBY ORDERED that the Notice of Associated Counsel For Plaintiff of Intent to
2  Withdraw is approved and that Edward O. Lee is permitted to and does in fact hereby withdraw from
3  representation of plaintiff in this case effective as of the date of entry of this order, and that Glen L.
4  Moss of MOSS & MURPHY remains as sole counsel for plaintiff.

6  Dated: April 19, 2011

                              *Lucy H. Koh*
                              Judge of the U.S. District Court

28  <u>ORDER APPROVING WITHDRAWAL OF ASSOCIATED COUNSEL FOR PLAINTIFF, P. 2</u>