UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AARON LIEBELT,<br><br>                Plaintiff,<br>    v.<br><br>QUALITY LOAN SERVICE CORPORATION,<br>EMC MORTGAGE CRPORATION,<br>individually and as JPMORGAN CHASE &<br>CO., WELLS FARGO BANK, NATIONAL<br>ASSOCIATION AS TRUSTEE FOR THE<br>CERTIFICATE HOLDERS OF STRUCTURED<br>ASSET MORTGAGE INVESTMENTS II INC.<br>BEAR STEARNS MORTGAGE FUNDING<br>TRUST 2007-AR4 MORTGAGE PASS<br>THROUGH CERTIFICATES, SERIES 2007-<br>AR4, DOES 1 THROUGH 25,<br><br>                Defendants. | Case No.: 09-CV-05867-LHK<br><br>ORDER SETTING BRIEFING<br>SCHEDULE AND HEARING DATE<br>FOR PLAINTIFF'S RULE 54(B)<br>MOTION |

Plaintiff filed a Motion for Entry of Judgment pursuant to Federal Rule of Civil Procedure 54(b). Plaintiff noticed this Motion for hearing on June 16, 2011, but this hearing date is not available. Accordingly, the Court sets the following briefing schedule. The Court will decide this matter on the papers in advance of the hearing if possible.

    Oppositions: due May 31, 3011

    Reply: due June 7, 2011

    Hearing: August 11, 2011 at 1:30 p.m.

1

Case No.: 09-CV-05867-LHK
ORDER SETTING BRIEFING SCHEDULE

**IT IS SO ORDERED.**

Dated: May 13, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 09-CV-05867-LHK
ORDER SETTING BRIEFING SCHEDULE

2